# EXHIBIT A

**Registered Post – Customer Receipt**
Please tear off and retain. Enquiries: please call 13 13 18.

Item addressed to:

Liberation Music Pty Ltd
9 Dundas Lane
Albert Park   VIC   [3][2][0][6]

*I have read the information on the reverse side of this receipt.*

Sender's Signature: *S.he.lgn*

[Australia Post stamp: 2 8 AUG 2013, AUSTRALIA SQUARE N.S.W. 1215]

RD 5 2 4 4 8 9 2 6

**WARNING:** This envelope is not suitable for sending jewellery or precious stones. Small rigid items such as keys or coins should be securely packed to avoid loss or damage.

**Optional Services:**
*(Sender to complete)*

Delivery Confirmation: ☑ Yes  ☐ No
Person to Person: ☐ Yes  ☐ No
Extra Cover *(formerly Insurance) Over $100 up to $5000*: ☐ Yes  ☐ No

*Additional fee is payable for each service.*



Home > Parcels & mail > Receiving parcels & mail > Track your item

# Track your item

**iPhone and iPad app**

Access our tools and services on the go.

**Find out more**



**My Deliveries**

Manage your parcel deliveries online.

**Find out more**



**eParcel**

Login to our track tool for eParcel merchants.

**Login**

Many items sent through the Australia Post delivery network have tracking capabilities, allowing you to view where your item is during the delivery process. Find out more about our tracking service.

**Enter tracking number**

**Tracking summary**

| Tracking ID: | Product/service: | Status: |
|---|---|---|
| **RD52448926** | **Registered Post** | **Delivered** |

| Date/Time | Activity | Facility location |
|---|---|---|
| 30/08/13 09:26 | Delivered | ALBERT PARK VIC |
| 30/08/13 07:22 | Awaiting Collection at ALBERT PARK PO BOX CENTRE | ALBERT PARK VIC |
| 28/08/13 13:27 | Received by Australia Post | SYDNEY NSW |

[Previous] [New search]

---

Track an item

Postage calculator

Find a postcode

Currency converter

Pay a bill



Grow online sales with
My Online Shop
Activate 30 day trial >

*Terms and conditions apply

**Related FAQs**

- When tracking my item, what does 'Invalid tracking ID' mean?
- Where can I find my tracking number?
- Can I track the delivery of my parcel or letter?