IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE LESSIG, | ) CASE NO 1:13-cv-12028-NMG |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| LIBERATION MUSIC PTY LTD., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF JAMES L. TUXBURY**

Please take notice that the undersigned, James L. Tuxbury, hereby withdraws as counsel of record on behalf of Plaintiff Lawrence Lessig in the above-captioned matter. Plaintiff will continue to be represented by Christopher M. Morrison, Edwin L. Fountain, and Geoffrey S. Stewart of Jones Day , and Corynne McSherry of the Electronic Frontier Foundation.

Dated: December 27, 2013

Respectfully submitted,

/s/ James L. Tuxbury
James L. Tuxbury, Esq. (BBO #624916)
JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110
Telephone:  (617) 960-3939
Facsimile:  (617) 449-6999
Email:  jtuxbury@jonesday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2013, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

                                        /s/ James L. Tuxbury
                                        James L. Tuxbury