UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

| | |
|---|---|
| LAWRENCE LESSIG, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv- 12028 |
| LIBERATION MUSIC PTY LTD, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

This cause coming to be heard on the parties' Joint Stipulation Requesting Dismissal, and this Court being fully advised of the premises, IT IS HEREBY ORDERED:

(1) the complaint in this action is hereby dismissed with prejudice; and

(2) this Court shall retain jurisdiction for purposes of enforcing the terms of the Parties' Settlement Agreement and Mutual Releases.

SO ORDERED on this 4th day of March, 2014.

ENTERED: /s/ N.M. Gorton
Hon. Nathaniel M. Gorton

BOI-36100v1